AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL LEE FORTE,<br>  Plaintiff, | )<br>)<br>) |
| v. | )  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 5:05-CV-678-F**<br>) |
| TRIANGLE MATERIALS, INC.,<br>  Defendant. | )<br>) |

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated November 30, 2007, and with no objections being filed, costs are taxed in the amount of $7,616.41 against the Plaintiff, Carl Lee Forte.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 27, 2008**, AND A COPY MAILED TO:

| | |
|---|---|
| Bryan E. Wardell<br>3120 Highwoods Blvd., Suite 102<br>Raleigh, NC 27604 | Penny C. Wofford<br>101 N. Pine St. International Center, Ste 400<br>Spartanburg, SC 29302 |
| | |
| February 27, 2008<br>Date | DENNIS IAVARONE, Clerk<br>*Eastern District of North Carolina* |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |